IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40700
Conference Calendar
_____


RAFAEL VASQUEZ,

                                        Plaintiff-Appellant,

versus

TOMMY BROWN,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CV-694
- - - - - - - - - -
February 12, 1998

Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Rafael Vasquez, Texas prisoner #582839, appeals from the

district court's dismissal of his civil rights complaint as

frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  Vasquez

contends that the defendant-guard was deliberately indifferent to

his safety needs, in violation of the Eighth Amendment.  We have

reviewed the record and Vasquez's brief, and we AFFIRM the

district court's dismissal for essentially the same reasons

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

adopted by the district court.  See Vasquez v. Brown, No. 1:96cv694 (E.D. Tex. May 19, 1996).